FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  2:26-MJ-0053-JAG |
| vs. ) | |
| ) | |
| BRENNA MARIE DOYLE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Received Rule 5 papers from the United States District Court, District of Minnesota (26-mj-73-DLM).