BB
AO 442 (Rev. 11/11) Arrest Warrant

2026R00029

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No.  26-mj-73___  (DLM) |
| BRENNA MARIE DOYLE | |

## ARREST WARRANT

To:        Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*        BRENNA MARIE DOYLE, _____

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment        ___ Superseding Indictment    ___ Information    ___ Superseding Information    _X_ Complaint

**Count 1**: On or about January 16, 2026, in the State and District of Minnesota, defendant BRENNA MARIE DOYLE did knowingly threaten to murder Victim A, a Federal law enforcement officer, with the intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against said law enforcement officer on account of the performance of official duties, all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

**Count 2**: On or about January 16, 2026, in the State and District of Minnesota, defendant BRENNA MARIE DOYLE did knowingly threaten to murder a member of the immediate family of Victim A, a Federal law enforcement officer, namely, Victim A's spouse and daughter, with the intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against said law enforcement officer on account of the performance of official duties, all in violation of Title 18, United States Code, Sections 115(a)(1)(A) and (b)(4).

**Count 3**: On or about January 16, 2026, in the State and District of Minnesota, defendant BRENNA MARIE DOYLE did knowingly transmit, in interstate and foreign commerce, communications consisting of three voicemails containing threats to injure the person of another, namely Victim A, a Federal law enforcement officer, Victim A's spouse, and Victim A's daughter, with the purpose of issuing a threat, and with knowledge that the communication would be viewed as a threat, and consciously disregarding a substantial and unjustifiable risk that the communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

Date:   1/24/26 _____         _____
                                                                        *Issuing officer's signature*

City and State:  Saint Paul, MN _____         Douglas L. Micko, United States Magistrate Judge ____
                                                                        *Printed Name and Title*

---

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____         _____
                                                        *Arresting officer's signature*

                                                        _____
                                                        *Printed name and title*